**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RICHARD DOUGLAS CULLINAN., | ) | Case No. 22-51326-wlh |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Brian J. Levy and the law firm of Burr & Forman LLP, hereby enter their appearance for Fifth Third Bank, National Association, creditor and party in interest in the above bankruptcy case, and further request service of papers pursuant to Bankruptcy Rules 2002 and 3017(a).  The undersigned counsel hereby puts all parties in interest on notice that they request that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  The Clerk and all counsel are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

> Brian J. Levy
> blevy@burr.com
> BURR & FORMAN LLP
> Suite 1100, 171 Seventeenth Street, N.W.
> Atlanta, Georgia 30363
> (404) 815-3000 [dial]
> (404) 817-3244 [telecopier]

This 22nd day of February, 2022.

        **BURR & FORMAN LLP**

        */s/Brian J. Levy*
        Brian J. Levy
        Georgia Bar No. 302518

171 17th Street, NW, Suite 1100        *ATTORNEYS FOR FIFTH THIRD BANK,*
Atlanta, Georgia 30363        *NATIONAL ASSOCIATION*
(404) 815-3000 [dial]
(404) 817-3244 [telecopier]
blevy@burr.com [email]

## **CERTIFICATE OF SERVICE**

      I hereby certify that this the 22nd day of February, 2022, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the attorneys of record.

BURR & FORMAN LLP

*/s/ Brian J. Levy*
Brian J. Levy
Georgia Bar No. 302518

*ATTORNEYS FOR FIFTH THIRD BANK, NATIONAL ASSOCIATION*

171 17th Street, N.W., Suite 1100
Atlanta, Georgia 30363
(404) 815-3000 [dial]
(404) 817-3244 [telecopier]
blevy@burr.com [email]

47241636 v1