**IT IS ORDERED as set forth below:**



Date: May 17, 2022

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RICHARD D. CULLINNAN, | ) | CASE NO. 22-51326-wlh |
| | ) | |
| Debtor. | ) | |

**ORDER AND NOTICE SETTING HEARING
ON CONFIRMATION OF PLAN FOR JUNE 30, 2022,
SETTING RELATED DEADLINES AND APPROVING FORM OF BALLOT**

Debtor filed his *Plan of Reorganization* (Doc. No. 40) (the "**Plan**") on May 12, 2022. Debtor also filed, on May 16, 2022, its *Application Requesting Entry of Order Establishing Certain Deadlines Pursuant to Interim Rule 3017.2* [Docket No. 41] (the "**Application**") requesting entry of an order:

(1) scheduling the Plan confirmation hearing,

(2) approving the form and content of Debtor's ballot,

(3) establishing a deadline for filing objections to the Plan, and

(4) establishing a deadline for casting ballots to accept or reject the Plan.

1

Therefore, it is hereby:

**ORDERED and NOTICE IS HEREBY GIVEN that:**

A. **June 22, 2022** is fixed as the last day for filing, on the ballot form attached to this order, written acceptances or rejections of Debtor's Plan. All ballots must be *filed* with:

> Clerk, U.S.
> Bankruptcy Court
> 75 Ted Turner Drive, SW, Room 1340
> Atlanta, Georgia 30303

and a copy *mailed* to Debtor's attorney:

> Will B. Geer
> Geer Law Group, LLC
> 50 Hurt Plaza, SE, Suite 1150
> Atlanta, Georgia 30303

B. **June 22, 2022** is fixed, pursuant to Interim Rule 3017.2 and General Order 30-2020, as the last day for filing and serving written objections to confirmation of the Plan. Any such written objection to confirmation of the Plan must be filed with the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, Atlanta, Georgia 30303 and a copy mailed to Debtor's attorney, Will B. Geer, Geer Law Group, LLC, 50 Hurt Plaza, SE, Suite 1150, Atlanta, Georgia 30303.

C. The Court will hold an initial telephonic hearing for announcements on the Plan at the following number: (toll free: **833-568-8864**); meeting id: **161 202 1574** on the **30th day of June, commencing at 1:30 P.M.** in **Courtroom 1403**, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

D. **Debtor's attorney** is directed to serve a copy of this Order and Notice, the Plan, and the Ballot, upon the U.S. Trustee and all creditors and parties in interest on or before May 20, 2022, and to file a certificate of such service within three days of mailing.

E. At least three (3) days prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of Voting on the Plan in form substantially similar to Exhibit "A" attached hereto indicating all ballots cast have been tabulated by Debtor and the resulting vote for each class designated in the Plan.

-END OF ORDER-

Prepared and Presented By:

**GEER LAW GROUP, LLC**

*/s/ Will Geer*
Will B. Geer
Georgia Bar No. 940493
Attorney for Debtor
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303
(678) 587-8740
wgeer@geerlawgroup.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RICHARD D. CULLINNAN, | ) | CASE NO. 22-51326-wlh |
| | ) | |
| Debtor. | ) | |

**SUMMARY OF THE VOTING ON THE
PLAN OF REORGANIZATION**

Tabulated as of _____, 2022

For Confirmation Hearing to be held: _____, 2022.

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
| | ____Accepts<br>____Rejects<br>____Percent | $____Accepts<br>$____Rejects<br>____Percent | ___Yes<br>___No |
| | ____Accepts<br>____Rejects<br>____Percent | $____Accepts<br>$____Rejects<br>____Percent | ___Yes<br>___No |
| | ____Accepts<br>____Rejects<br>____Percent | $____Accepts<br>$____Rejects<br>____Percent | ___Yes<br>___No |

RESPECTFULLY SUBMITTED, this _____ day of _____, 2022.

**GEER LAW GROUP, LLC**

_____
Will B. Geer
Georgia Bar No. 940403
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303
(678) 587-8740

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RICHARD D. CULLINAN, | ) | CASE NO. 22-51326-wlh |
| | ) | |
| Debtor. | ) | |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN**

On May 12, 2022, Debtor filed his Subchapter V Plan of Reorganization ("**Plan**"), and an Application Requesting Entry of Order Establishing Certain Deadlines Pursuant to Interim Rule 3017.2 (the "**Application**"). The Court has approved the deadlines set forth herein. If you do not have a copy of the Plan, you may obtain a copy from Geer Law Group, LLC, 50 Hurt Plaza, SE, Suite 1150, Atlanta, Georgia 30303, 678-587-8740 (telephone), 678-587-8740 (facsimile). The Plan is available for review in the Office of the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, Atlanta, Georgia 30303 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

**If your ballot is not received by the Office of the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, Atlanta, Georgia 30303** *on or before June 22, 2022* **and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it or the Plan otherwise satisfies the requirements of Section 1191(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE *June 22, 2022* TO:**

5

**Clerk, U.S. Bankruptcy Court**
**75 Ted Turner Drive, SW**
**Room 1340**
**Atlanta, Georgia 30303**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Geer Law Group, LLC, 50 Hurt Plaza, SE, Suite 1150, Atlanta, Georgia 30303, Attn: Will B. Geer.

**The undersigned is a holder of** [check one:]
　　　___ a secured claim
　　　___ an unsecured claim
　　　___ other [specify:_____]

**In the amount of $_____, in Class_____ and hereby:**

　　　_____ Accepts　　　_____ Rejects

**Debtor's Plan of Reorganization**

Date: _____　　　Creditor:_____
　　　　　　　　　　　　　　　　　　Print or Type Name
　　　　　　　　　　　　　　　　Signed: _____
Email address of signing representative:　[If appropriate] as: _____
_____　　　　Title
Print name:_____　Address: _____
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Phone Number: _____
　　　　　　　　　　　　　　　　Email Address: _____