IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RICHARD DOUGLAS CULLINAN, | ) | CASE NO: 22-51326-WLH |
| | ) | |
| Debtor. | ) | |
| | ) | |

**REPORT OF SALE**

On May 27, 2022, Debtor sold real property located at 305 Cannady Court, Sandy Springs, Georgia 30350 (the "**Property**") for a sales price of $797,500. Attached to this Report of Sale is the "Seller's Settlement Statement" outlining the disbursement of funds at closing.

After payment of county taxes, pro-rated HOA dues, real estate broker commissions, certain title and settlement charges, and the $41,836.60 Coastal States Bank HELOC, the closing attorney wired Geer Law Group, LLC $704,787.88 that counsel continues to hold in its IOLTA account until further Order of this Court.

/s/
Will B. Geer
Georgia Bar No. 940493
50 Hurt Plaza, SE, Suite 1245
Atlanta, Georgia 30303
678-587-8740
wgeer@geerlawgroup.com

CERTIFICATE OF SERVICE

I hereby certify that I have filed the Report of Sale through the Court's CM/ECF system, which will provide electronic notice to the following parties:

- **Ron C. Bingham**    ron.bingham@arlaw.com, lianna.sarasola@arlaw.com
- **Wade Kyle Cannon**    wcannon@gearhiserpeters.com, myoung@gearhiserpeters.com
- **Lisa F. Caplan**    lcaplan@rlselaw.com, nbrown@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;abricker@rlselaw.com
- **Bret J. Chaness**    bchaness@rubinlublin.com, BJC-ECF-Notifications@rubinlublin.com
- **Will B. Geer**    wgeer@geerlawgroup.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;4233204420@filings.docketbird.com
- **Alan Hinderleider**    Alan.Hinderleider@usdoj.gov
- **Brian J. Levy**    blevy@burr.com, mhjones@burr.com
- **Cameron M. McCord (Sub V Trustee)**    cmccord@joneswalden.com, jwdistribution@joneswalden.com

Dated: June 2, 2022

/s/ Will Geer
Will Geer
Counsel for Debtor

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 05/27/2022 |
| **Disbursement Date:** | 05/27/2022 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | HG220848DM |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | Royce B. Ridgeway<br>606 Verney Dr<br>Marietta, GA 30066 |
| **Seller:** | Richard D. Cullinan and Christina M. Cullinan<br>3590 Valverde Circle<br>Jacksonville, FL 32224 |
| **Property location:** | 305 Cannady Court<br>Sandy Springs, GA 30350 |
| **Tax Parcel No:** | |

| | Seller Debit | Seller Credit |
|---|---:|---:|
| **Financial Consideration** | | |
| Sale Price of Property | | 797,500.00 |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues $785/yr 05/27/22 - 12/31/22 | | 471.00 |
| County Taxes ($8216.31) 01/01/22 - 05/27/22 | 3,286.52 | |
| **Commissions** | | |
| Commission- Buyer's Broker to Atlanta Fine Homes Sotheby's International Realty | 23,925.00 | |
| Commission- Seller's Broker to Harry Norman Realtors | 23,925.00 | |
| **Title & Settlement Charges** | | |
| Title - Proceeds Handling Fee to Campbell & Brannon, LLC | 35.00 | |
| Title - Split Closing Fee to Campbell & Brannon, LLC | 150.00 | |
| Title - Water Lien Search- City of Atlanta/CB to Campbell & Brannon, LLC | 25.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Coastal State Bank | 41,836.60 | |
| **Miscellaneous Debits/Credits** | | |
| funds to to Geer Law Group, LLC | 704,787.88 | |
| **Subtotals** | 797,971.00 | 797,971.00 |

Printed on 05/27/22 at 11:57:01AM by dhammock                                                                 HG220848DM / 27