IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RICHARD DOUGLAS CULLINAN, | ) | CASE NO: 22-51326-WLH |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **RICHARD DOUGLAS CULLINAN** ("**Debtor**") has filed a *Motion for Entry of Order Approving Disbursement of Certain Sales Proceeds* (the "**Motion**") and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following **number: 833-568-8864; meeting id: 161 202 1574 at 1:30 P.M. on June 30, 2022 in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: June 2, 2022

                                              */s/ Will Geer*
                                              Will Geer, Ga. Bar No. 940493
                                              Geer Law Group, LLC
                                              50 Hurt Plaza, SE, Suite 1150

Atlanta, Georgia 30303
T: 678-587-8740
wgeer@geerlawgroup.com
*Attorneys for Debtor*

2

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RICHARD DOUGLAS CULLINAN, | ) | CASE NO: 22-51326-WLH |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION FOR ENTRY OF ORDER
APPROVING DISBURSEMENT OF CERTAIN SALES PROCEEDS**

COMES NOW Richard D. Cullinan (the "**Debtor**" or "**Mr. Cullinan**"), by his undersigned counsel, and respectfully moves the Court for entry of an order approving disbursement of certain Sales Proceeds from the sale of the property located at 305 Cannady Court, Sandy Springs, Georgia 30350 (the "**Property**") and granting certain related relief. In support thereof, Debtor states as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory basis for the relief requested herein are Sections 105, 305(a), 349, 363 and 1112(b) of the Bankruptcy Code ("**Code**") and Bankruptcy Rules ("**Rules**") 1017, 2002(a)(4) and 9013.

**INTRODUCTION**

3. Debtor filed his Chapter 11 cases (the "**Case**") on February 17, 2022 (the "**Petition Date**"). Debtor is a married individual.

4.      The Debtor sold the Property (which was Debtor's principal residence) on May 27, 2022 pursuant to the Sale Order [Docket No. 49] entered by this Court. Debtor filed a Report of Sale regarding the Property on June 2, 2022 [Docket No. 55]. A copy of the Seller's Settlement Statement (the "**Settlement Statement**") is attached to the Report of Sale. A copy of the Settlement Statement is also attached to this Motion as Exhibit "A". As disclosed on the Settlement Statement, Debtor's counsel was wired $704,787.88 at the closing of the sale after the $41,836.60 security deed held by Coastal States Bank ("**CSB**") was paid in full and certain other closing expenses were paid.

5.      The Sale Order provides that Debtor's counsel shall hold the amount in dispute over CSB's cancelled lien in its escrow account pending further order of this Court and promptly file a motion to disburse the remaining Sales Proceeds to the appropriate parties. After deducting the disputed $377,657.13 representing CSB's asserted first priority lien on the Property from the $704,787.88 of remaining Sales Proceeds, Debtor is seeking to disburse $327,130.75 of Sales Proceeds as follows:

| Party | Amount |
|---|---|
| Fifth Third Bank (Judgment Lien Holder) | $142,065.38 |
| Richard Cullinan (Debtor) | $21,500.00 |
| Christina Cullinan (Joint Owner/Spouse) | $163,565.37 |

**RELIEF REQUESTED AND BASIS FOR REQUESTED RELIEF**

**Disbursement of Remaining Sale Proceeds**

6.      Debtor seeks Court authority to disburse the remaining Sales Proceeds as stated in paragraph 5 in accordance with 11 U.S.C. §§ 363, and 105. The Court previously entered an order

4

[Docket No. 50] avoiding Fifth Third Bank's judgment lien to the extent it impaired Debtor's homestead exemption of $21,500.00. Christina Cullinan was the joint owner of the Property with the Debtor and is entitled to half the Sales Proceeds as a result of her ownership interest in the Property. Fifth Third is entitled to half the Sales Proceeds minus the amount of Debtor's homestead exemption of $21,500.00, totaling $142,065.38 ($163,565.37 - $21,500.00 + $0.01 rounding error in favor of Fifth Third).

## **CONCLUSION**

**WHEREFORE,** Debtor respectfully request that the Court: (i) enter an order, approving distribution of Debtor's Sales Proceeds as requested herein and (ii) granting any such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted this 2nd day of June, 2022.

**By:** */s/ Will Geer*
GEER LAW GROUP, LLC
Will B. Geer
Georgia State Bar No. 940493
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303
T: (678) 587-8740
wgeer@geerlawgroup.com

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 05/27/2022 |
| **Disbursement Date:** | 05/27/2022 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | HG220848DM |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | Royce B. Ridgeway<br>606 Verney Dr<br>Marietta, GA 30066 |
| **Seller:** | Richard D. Cullinan and Christina M. Cullinan<br>3590 Valverde Circle<br>Jacksonville, FL 32224 |
| **Property location:** | 305 Cannady Court<br>Sandy Springs, GA 30350 |
| **Tax Parcel No:** | |

| | Seller Debit | Seller Credit |
|---|---:|---:|
| **Financial Consideration** | | |
| Sale Price of Property | | 797,500.00 |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues $785/yr 05/27/22 - 12/31/22 | | 471.00 |
| County Taxes ($8216.31) 01/01/22 - 05/27/22 | 3,286.52 | |
| **Commissions** | | |
| Commission- Buyer's Broker to Atlanta Fine Homes Sotheby's International Realty | 23,925.00 | |
| Commission- Seller's Broker to Harry Norman Realtors | 23,925.00 | |
| **Title & Settlement Charges** | | |
| Title - Proceeds Handling Fee to Campbell & Brannon, LLC | 35.00 | |
| Title - Split Closing Fee to Campbell & Brannon, LLC | 150.00 | |
| Title - Water Lien Search- City of Atlanta/CB to Campbell & Brannon, LLC | 25.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Coastal State Bank | 41,836.60 | |
| **Miscellaneous Debits/Credits** | | |
| funds to to Geer Law Group, LLC | 704,787.88 | |
| **Subtotals** | 797,971.00 | 797,971.00 |

Printed on 05/27/22 at 11:57:01AM by dhammock                                     HG220848DM / 27

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CASE NO: 22-51326-wlh |
|---|---|
| RICHARD D CULLINAN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 6/2/2022, I did cause a copy of the following documents, described below,

Motion for Entry of Order Approving Disbursement of Certain Sales Proceeds

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2022

/s/ Will Geer
Will Geer  940493
Attorney for Debtor
Geer Law Group, LLC
50 Hurt Plaza SE Suite 1150
Atlanta, GA  30303
678 587 8740
wgeer@geerlawgroup.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>RICHARD D CULLINAN | CASE NO: 22-51326-wlh<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 6/2/2022, a copy of the following documents, described below,

Motion for Entry of Order Approving Disbursement of Certain Sales Proceeds

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Will Geer
Geer Law Group, LLC
50 Hurt Plaza SE Suite 1150
Atlanta, GA  30303

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D/DUP/CM/ECF ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING          ALLY BANK                              APPLE PIE CAPITAL AS SERVICER FOR
113E1                                     AIS PORTFOLIO SERVICES LP              STONERIDGE
CASE 22-51326-WLH                         4515 N SANTA FE AVE DEPT APS           PMB 54105
NORTHERN DISTRICT OF GEORGIA              OKLAHOMA CITY OK 73118-7901            548 MARKET STREET
ATLANTA                                                                          SAN FRANCISCO CA 94104-5401
THU JUN 2 14-06-36 EDT 2022


ATLANTIC CAPITAL BANK CO AUBREY           AUBREY THRASHER LLC                    RON C BINGHAM II
THRASHER                                  12 POWDER SPRINGS STREET               ADAMS AND REESE LLP
1170 PEACHTREE STREE NE                   SUITE 240                              SUITE 1600
SUITE 1925                                MARIETTA GA 30064-7205                 3424 PEACHTREE ROAD NE
ATLANTA GA 30309-7677                                                            ATLANTA GA 30326-1139


ROBIN BLASS                               CREDIBILITY CAPITAL INC                WADE KYLE CANNON
HARRY NORMAN REALTORS                     625 BROAD ST                           GEARHISER PETERS ELLIOTT  CANNON PLLC
4848 ASHFORD DUNWOODY ROAD                NEWARK NJ 07102-4417                   320 MCCALLIE AVENUE
ATLANTA GA 30338-4829                                                            CHATTANOOGA TN 37402-2007


LISA F CAPLAN                             BRET J CHANESS                         COASTAL STATES BANK
RUBIN LUBLIN LLC                          RUBIN LUBLIN LLC                       CO COASTAL STATES BANK
SUITE 100                                 SUITE 100                              1 CORPORATE DRIVE STE 360
3145 AVALON RIDGE PLACE                   3145 AVALON RIDGE PLACE                LAKE ZURICH IL 60047-8945
PEACHTREE CORNERS GA 30071-1570           PEACHTREE CORNERS GA 30071-1570


COASTAL STATES BANK                       COASTAL STATES BANK                    COLUMBIA PROPERTIES
CO COASTAL STATES BANK                    CO CORPORATION SERVICE COMPANY         1355 TERRELL MILL ROAD
5 BOW CIRCLE                              2 SUN COURT SUITE 400                  BLDG 1478 STE 200
HILTON HEAD ISLAND SC 29928-7345          NORCROSS GA 30092-2865                 MARIETTA GA 30067-9483


DEBTOR
RICHARD DOUGLAS CULLINAN                  EASTERN FUNDING                        FIFTH THIRD BANK
305 CANNADY COURT                         175 BROADHOLLOW ROAD                   PO BOX 598
ATLANTA GA 30350-5622                     STE 120                                AMELIA OH 45102-0598
                                          MELVILLE NY 11747-4910


FIFTH THIRD BANK NA                       FIFTH THIRD BANK CO BURR FORMAN        FIFTH THIRD BANK INC
PO BOX 9013                               171 17TH STREET NW                     PO BOX 34111
ADDISON TEXAS 75001-9013                  SUITE 1100                             MEMPHIS TN 38184-0111
                                          ATLANTA GA 30363-1029


                                          EXCLUDE
FIFTH THIRD BANK NATIONAL ASSOCIATION     WILL B GEER                            GEORGIA DEPARTMENT OF REVENUE
CO BURR AND FORMAN LLP                    GEER LAW GROUP LLC                     COMPLIANCE DIVISION
171 17TH STREET NW SUITE 1100             SUITE 1150                             ARCS BANKRUPTCY
ATLANTA GA 30363-1029                     50 HURT PLAZA SE                       1800 CENTURY BLVD NE SUITE 9100
                                          ATLANTA GA 30303-2958                  ATLANTA GA 30345-3202


ALAN HINDERLEIDER                         INTERNAL REVENUE SERVICE               INTERNAL REVENUE SERVICE
DOJUST                                    P O BOX 7346                           CIO
362 RICHARD B RUSSELL FEDERAL BUILDING    PHILADELPHIA PA 19101-7346             PO BOX 7346
75 TED TURNER DRIVE SW                                                           PHILADELPHIA PA 19101-7346
ATLANTA GA 30303-3315
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL OR NEF, PER EACH PARTIES' REQUEST OR PREFERRED METHOD OF SERVICE. PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KABBAGE
925 PEACHTREE STREET STE 1688
ATLANTA GA 30309-3918

KAPITUS
2500 WILSON BLVD
SUITE 350
ARLINGTON VA 22201-3873

FUNDING METRICS LLC
ATTN PAULETTE YIAMBILIS ESQ
FUNDING METRICS LLC
3220 TILLMAN DRIVE SUITE 200
BENSALEM PA 19020-2028

BRIAN J LEVY
BURR  FORMAN LLP
SUITE 1100
171 SEVENTEENTH STREET NW
ATLANTA GA 30363-1029

LIBERTAS FUNDING LLC
65 W 36TH STREET
5TH FLOOR
NEW YORK NY 10018-7946

CAMERON M MCCORD (SUB V TRUSTEE)
CHAPTER 11 SUBCHAPTER V TRUSTEE
JONES  WALDEN LLC
699 PIEDMONT AVE NE
ATLANTA GA 30308-1400

MERTON WALK LLC
3665 CLAIRMONT ROAD
SUITE F
ATLANTA GA 30341-4947

PREF METROPOLIS LLC
PO BOX 6524
PASADENA CA 91109-6501

PAULA MARCHMAN
800 BRANDYWINE COURT
SAINT AUGUSTINE FL 32086-4307

SH FLEMINGTON LLC
CO COLLIERS
PO BOX 78407
ATLANTA GA 30357-2407

SECRETARY OF THE TREASURY
15TH  PENNSYLVANIA AVENUE NW
WASHINGTON DC 20200

SIMPLY BANK
CO CAPITOL CORPORATE SERVICES INC
3675 CRESTWOOD PARKWAY NW SUITE 350
DULUTH GA 30096-5054

SIMPLYBANK
CO WADE K CANNON ESQ
320 MCCALLIE AVENUE
CHATTANOOGA TN 37402-2007

SUN LIFE ASSURANCE COMPANY OF CANADA
KITCHENS KELLEY GAYNES PC
5555 GLENRIDGE CONNECTOR SUITE 800
ATLANTA GA 30342-4728

SUNLIFE ASSURANCE CO
CO KITCHENS KELLY GAYNES PC
5555 GLENRODGE CONNECTOR STE 800
ATLANTA GA 30342-4728

SUNTRUST BANK
303 PEACHTREE STREET
ATLANTA GA 30308-3245

TRUIST BANK
ATTN SUPPORT SERVICES
PO BOX 85092
RICHMOND VA 23286-0001

TRUIST BANK FKA SUNTRUST BANK
CO RON C BINGHAM II ESQ
ADAMS AND REESE LLP
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GEORGIA 30326-1139

TRUIST BANK INC
CO CORPORATION SERVICE COMPANY
2 SUN COURT SUITE 400
NORCROSS GA 30092-2865

TUCKER MERIDIAN LLC
19241 BIRMINGHAM HWY
ALPHARETTA GA 30004-7085

U S SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
SUITE 900
950 EAST PACES FERRY ROAD NE
ATLANTA GA 30326-1382

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW SUITE 600
ATLANTA GA 30303-3309

UNITED STATES TRUSTEE
362 RICHARD RUSSELL FEDERAL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

VAN WAGNER COMMUNICATIONS
CO SZABO ASSOCIATE
3355 LENOX ROAD NE STE 945
ATLANTA GA 30326-1357

```
ADDRESSES WHERE AN EMAIL IS PRESENT HAVE BEEN SERVED VIA U.S.C. E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.
```

(U.S. Trustee)
United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
represented by:
Alan Hinderleider
DOJ-UST
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Alan.Hinderleider@usdoj.gov

(Creditor)
Truist Bank f/k/a SunTrust Bank
represented by:
Ron C. Bingham, II
Adams and Reese, LLP
Suite 1600
3424 Peachtree Road, NE
Atlanta, GA 30326

ron.bingham@arlaw.com

(Creditor)
SimplyBank.
represented by:
Wade Kyle Cannon
Gearhiser, Peters, Elliott & Cannon PLLC
320 McCallie Avenue
Chattanooga, TN 37402

wcannon@gearhiserpeters.com

(Trustee)
Cameron M. McCord (Sub V Trustee)
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308

cmccord@joneswalden.com

(Creditor)
Fifth Third Bank, National Association
c/o Burr and Forman LLP
171 17th Street, NW, Suite 1100
Atlanta, GA 30363
represented by:
Brian J. Levy
Burr & Forman LLP
Suite 1100
171 Seventeenth Street, NW
Atlanta, GA 30363

blevy@burr.com

(Debtor)
Richard Douglas Cullinan
305 Cannady Court
Atlanta, GA 30350
represented by:
Will B. Geer
Geer Law Group, LLC
Suite 1150
50 Hurt Plaza SE
Atlanta, GA 30303

wgeer@geerlawgroup.com

Bret J. Chaness
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071-1570

bchaness@rubinlublin.com

(Creditor)
CoastalStates Bank
represented by:
Lisa F. Caplan
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071

lcaplan@rlselaw.com

Robin Blass
Harry Norman Realtors
4848 Ashford Dunwoody Road
Atlanta, GA 30338
(Broker)

(Creditor)
Ally Bank
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118