**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO: 22-51326** |
| **Richard D. Cullinan** | ) | |
| | ) | **CHAPTER 11** |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Attorney Will B. Geer of the law firm of Rountree, Leitman, Klein & Geer, LLC is hereby substituted as attorney for, Richard D. Cullinan, in place of Attorney Will B. Geer of the Law Firm of Geer Law Group, LLC in this case.  Geer Law Group, LLC is hereby relieved of any further responsibility in this case as attorneys for, Richard D. Cullinan.

This 20th day of June, 2022.

Respectfully submitted,

Rountree, Leitman, Klein & Geer LLC

 /s/ Will B. Geer
Will B. Geer, GA Bar Number 940493
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1244 Telephone
(404) 581-5038 Facsimile
wgeer@rlkglaw.com

*Signatures on following page*

AGREED TO, BY AND BETWEEN:


/s/ Will B. Geer                                              /s/ Will Geer
Will B. Geer, GA Bar No. 940493            Will B. Geer, GA Bar No. 940493
Geer Law Group, LLC                            Rountree, Leitman, Klein & Geer LLC
50 Hurt Plaza, SE, Suite 1150                 Century Plaza I
Atlanta, GA 30303                                 2987 Clairmont Road, Suite 350
Tel. (678) 587-8740                               Atlanta, GA 30329
wgeer@geerlawgroup.com                    Tel (404) 584-1244
                                                         wgeer@rlkglaw.com


                                                         Consented to by:

                                                         /s/ Richard Cullinan

                                                         _____
                                                         Richard D. Cullinan

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO: 22-51326** |
| Richard D. Cullinan, | ) | |
| | ) | **CHAPTER 11** |
| Debtor. | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2022 I electronically filed Notice of Appearance and Substitution of Counsel with the Clerk of Court using the CM/ECF system which will provide electronic notice to the following parties:

- **Ron C. Bingham**    ron.bingham@arlaw.com, lianna.sarasola@arlaw.com
- **Wade Kyle Cannon**    wcannon@gearhiserpeters.com, myoung@gearhiserpeters.com
- **Lisa F. Caplan**    lcaplan@rlselaw.com, nbrown@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;abricker@rlselaw.com
- **Bret J. Chaness**    bchaness@rubinlublin.com, BJC-ECF-Notifications@rubinlublin.com
- **Will B. Geer**    willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;4233204420@filings.docketbird.com;wgeer@wiggamgeer.com
- **Alan Hinderleider**    Alan.Hinderleider@usdoj.gov
- **Brian J. Levy**    blevy@burr.com, mhjones@burr.com
- **Cameron M. McCord (Sub V Trustee)**    cmccord@joneswalden.com, jwdistribution@joneswalden.com

This 20th day of June, 2022.

Rountree, Leitman, Klein & Geer LLC

 /s/ Will B. Geer
_____
Will B. Geer, GA Bar Number 940493
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1244 Telephone

(404) 581-5038 Facsimile
wgeer@rlkglaw.com