**IT IS ORDERED as set forth below:**



**Date: July 4, 2022**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RICHARD DOUGLAS CULLINAN, | ) | CASE NO: 22-51326-WLH |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR ENTRY
OF ORDER APPROVING DISBURSEMENT OF CERTAIN SALES PROCEEDS**

This matter came before the Court on Debtor's *Motion for Entry of Order Approving Disbursement of Certain Sales Proceeds* [Docket No. 56] (the "**Motion**"), whereby Debtor requested entry of an order approving disbursement of certain Sales Proceeds (as defined in the Motion) from the sale of the property located at 305 Cannady Court, Sandy Springs, Georgia 30350 (the "**Property**"). A hearing was scheduled on the Motion for June 30, 2022 (the "**Hearing**"). At

1

the call of the calendar, no party objected to the relief sought in the Motion. All written objections to the Motion were withdrawn prior to the Hearing. For good cause shown, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Debtor's counsel is authorized and directed to disburse the Sales Proceeds as follows: to Fifth Third Bank in the amount of $142,065.38; to Richard Cullinan in the amount of $21,500.00; and to Christina Cullinan in the amount of $163,565.37; and it is further

**ORDERED** that Debtor's counsel shall serve a copy of this Order on all parties-in-interest within three (3) business days of entry on the docket and promptly file a certificate of service thereafter evidencing the method and manner of service.

-END OF ORDER-

Prepared and submitted by:

**By:** */s/ Will Geer*
Rountree, Leitman, Klein & Geer, LLC
Will B. Geer
Georgia State Bar No. 940493
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
T: (678) 587-8740
wgeer@rlkglaw.com

**Disbursement List**

Rountree, Leitman, Klein & Geer, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

United States Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, Georgia 30303