## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **RICHARD DOUGLAS CULLINAN,** | ) | CASE NO: 22-51326-WLH |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### NOTICE OF RESCHEDULED CONFIRMATION HEARING AND DEADLINE
### FOR CREDITOR SIMPLY BANK TO OBJECT OR OTHERWISE RESPOND

**PLEASE TAKE NOTICE** that **RICHARD DOUGLAS CULLINAN** ("**Debtor**") has filed an *Amended Plan of Reorganization* (the "**Amended Plan**") [Docket No. 78] on September 2, 2022.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Amended Plan at the following **number: 833-568-8864; meeting id: 161 202 1574 at 10:00 A.M. on October 17, 2022 in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

**PLEASE TAKE FURTHER NOTICE** that the prior deadlines established in the Court's previously entered *Order and Notice Setting Hearing On Confirmation of Plan for June 30, 2022, Setting Related Deadlines And Approving Form of Ballot* (the "**Plan Scheduling Order**") [Docket No. 42] remain in effect with the exception of creditor **Simply Bank**.

**October 3, 2022** is fixed as the last day for filing, on the ballot form attached to the Plan Scheduling Order, written acceptances or rejections of Debtor's Plan by Simply Bank. All ballots must be *filed* with:

> Clerk, U.S.
> Bankruptcy Court
> 75 Ted Turner Drive, SW, Room 1340
> Atlanta, Georgia 30303

and a copy *mailed* to Debtor's attorney:

> Will B. Geer
> Rountree, Leitman, Klein & Geer, LLC
> 2987 Clairmont Road, Suite 350
> Atlanta, Georgia 30329

**October 3, 2022** is fixed, pursuant to Interim Rule 3017.2 and General Order 30-2020, as the last day for filing and serving written objections to confirmation of the Plan by Simply Bank. Any such written objection to confirmation of the Plan must be filed with the Clerk,

1

U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, Atlanta, Georgia 30303 and a copy mailed to Debtor's attorney, Will B. Geer, Rountree, Leitman, Klein & Geer, LLC, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

**Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing and file a timely written response or objection.

Dated: September 2, 2022

**ROUNTREE, LEITMAN, KLEIN & GEER, LLC**

*/s/ Will B. Geer*
Will Geer
Georgia Bar No. 940493
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238
wgeer@rlkglaw.com
Attorney for Debtor in Possession